**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6122

UNITED STATES OF AMERICA,

　　　　　　　　　　Plaintiff – Appellee,

　　　v.

WILLIAM TERRENCE CROSS, a/k/a Red,

　　　　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.　Rebecca Beach Smith, Chief District Judge.　(2:03-cr-00010-RBS-1)

Submitted:　May 19, 2015　　　　　　　　Decided:　May 22, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Terrence Cross, Appellant Pro Se. Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Cross appeals the district court's margin order denying his motion for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. filed Jan. 5 & entered Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED